1

2

3

4

5

6

7

8            IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ESTEBAN POLONSKI, et al.,

11          Plaintiffs,                    No. CIV S-09-0048 MCE KJM PS

12       vs.

13   CENTRAL MORTGAGE COMPANY,

14          Defendant.                    ORDER TO SHOW CAUSE

15   _____/

16          This action was filed by plaintiffs proceeding in propria persona.  Plaintiffs have

17   alleged state law claims against their mortgage company, which they assert does business in the

18   City of San Francisco.  The federal court is a court of limited jurisdiction.  The complaint fails to

19   set forth an adequate basis for subject matter jurisdiction.  It does not appear plaintiffs and

20   defendant are citizens of different states.  See 28 U.S.C. § 1332.  Moreover, there are no federal

21   claims alleged.

22          Accordingly, IT IS HEREBY ORDERED that plaintiffs shall show cause, in

23   writing, within fourteen days from the date of this order why this action should not be dismissed

24   for lack of subject matter jurisdiction.

25   DATED:  January 16, 2009.

26   006/polonski.osc

                                        _____
                                        U.S. MAGISTRATE JUDGE

                                        1